IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JENNIFER L. BRINKMEIER, | ) | |
| Plaintiff, | ) ) ) | Civ. No. 09-860-SLR |
| v. | ) ) | |
| BIC CORPORATION and BIC USA INC. | ) ) | |
| Defendant. | ) | |
| | | |
| JENNIFER L. BRINKMEIER, | ) ) | |
| Plaintiff, | ) ) | Civ. No. 10-01-SLR |
| v. | ) ) | |
| BAYER HEALTHCARE LLC. | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

At Wilmington this 25th day of August, 2010, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants BIC Corporation and BIC USA, Inc.'s motion to dismiss the complaint (Civ. No. 09-860, D.I. 6) is granted.

2. Defendant Bayer Healthcare LLC's motion to dismiss the original complaint (Civ. No. 10-01, D.I. 6) is denied as moot.

3. Defendant Bayer Healthcare LLC's motion to dismiss the amended complaint (Civ. No. 10-01, D.I. 11) is granted.

_____
United States District Judge